Dennis J. Hawk (SBN 130731)
Business Law Group
3100 Donald Douglas Loop N.
Santa Monica, CA 90405
Tel: (310) 664-8000
Email: dennis@dhwk.com

FILED
2014 MAY 29  AM 11:09

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

In re Subpoena to  )   Notice of Lodging of Summary Spreadsheet and
Hart Communications, Inc.  )   DMCA Notifications

Documents attached to the cd include:

MC 14-00383

1. Excel Summary Spreadsheet

2. Notices from March 27, 2014 to May 19, 2014

Executed on    May 29, 2014

_____
Dennis J. Hawk

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

☐ **VOLUMINOUS DOCUMENT**

☑ **CD, VIDEO, PHOTOS, OTHER, ETC.**

**AVAILABLE IN THE RECORDS SECTION OF THE CLERK'S OFFICE FOR PUBLIC VIEWING**

G–114 (02/09)   VOLUMINOUS DOCUMENT OR NON DOCUMENT ITEM FOR PUBLIC VIEWING